| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| District of Nebraska |
| Case number (*If known*): _____ |

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | John<br>First name<br>August<br>Middle name<br>Ellis<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 7 4 1 5<br>OR<br>9 xx – xx – ___ ___ ___ ___ | XXX – XX – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB85AA9951

Debtor 1    John    August    Ellis
First Name    Middle Name    Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ – __ __ __ __ __ __ __ <br> EIN __ __ – __ __ __ __ __ __ __ | EIN __ __ – __ __ __ __ __ __ __ <br> EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

1006 Burns Plaza
Number        Street

_____

Gretna                            NE      68028
City                            State    ZIP Code

Sarpy
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                            State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                            State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                            State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB85AA9951

| Debtor 1 | John            August            Ellis | | Case number (if known) _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                                                    MM / DD / YYYY

                District _____    When _____    Case number _____
                                                                    MM / DD / YYYY

                District _____    When _____    Case number _____
                                                                    MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.    Debtor _____    Relationship to you _____

                District _____    When _____    Case number, if known_____
                                                                    MM / DD / YYYY

                Debtor _____    Relationship to you _____

                District _____    When _____    Case number, if known_____
                                                                    MM / DD / YYYY

---

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

        ☐ No. Go to line 12.

        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB85AA9951

Debtor 1    <u>John    August    Ellis</u>        Case number (if known)_____
      First Name    Middle Name    Last Name

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                 State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB85AA9951

| Debtor 1 | John | August | Ellis | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No

    ☐ Yes.   What is the hazard? _____

    _____

    If immediate attention is needed, why is it needed? _____

    _____

    Where is the property? _____
    
    Number        Street

    _____

    _____
    
    City                                State     ZIP Code

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB65XA9951

Debtor 1    <u>__John____August____Ellis_____</u>    Case number *(if known)*_____
         First Name    Middle Name    Last Name

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ *I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.*

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, *and what exigent circumstances* required you to file this case.

Your case may be dismissed if the court is *dissatisfied with your reasons for not receiving a* briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ *I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.*

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, *and what exigent circumstances* required you to file this case.

Your case may be dismissed if the court is *dissatisfied with your reasons for not receiving a* briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB85AA5551

| Debtor 1 | John | August | Ellis | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 6:** **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:** **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **John Ellis** _____
297894CB64624E7...
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on 06/03/2025
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

---

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB85AA99D1

| Debtor 1 | John | August | Ellis | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

X _____    Date  6  5  2025
Signature of Attorney for Debtor                    MM / DD / YYYY

Lauren Goodman
Printed name

McGrath North
Firm name

1601 Dodge Street Suite 3700
Number    Street

_____

Omaha                              NE        68102
City                               State     ZIP Code

Contact phone  (402) 341-3070          Email address  lgoodman@mcgrathnorth.com

24645                              NE
Bar number                         State

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **John August Ellis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

Unsecured claim

**1** American Express
PO Box 297871
Fort Lauderdale, FL 33329

What is the nature of the claim?  Credit card purchases  $5,100.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:              -  _____
          Unsecured claim                   _____

_____
Contact

_____
Contact phone

**2** Barclays Advance, LLC
c/o David Fogel P.C.
1225 Franklin Ave., Ste. 201
Garden City, NY 11530

What is the nature of the claim?  Business Debt  $95,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:              -  _____

_____
Contact

Docusign Envelope ID: 5A95A8DD-C6F9-45BE-AEB1-81E69DF38D2E

Debtor 1    **John August Ellis**                                    Case number *(if known)* _____

Contact phone                                    Unsecured claim                        _____

---

**3** **Capital One**
PO Box 31293
Salt Lake City, UT 84131

**What is the nature of the claim?**    **Credit card purchases**    **$5,335.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim       _____

Contact _____

Contact phone _____

---

**4** **Capital One**
PO Box 31293
Salt Lake City, UT 84131

**What is the nature of the claim?**    **Credit card purchases**    **$3,984.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim       _____

Contact _____

Contact phone _____

---

**5** **Centris Federal**
19431 Polk Street
Omaha, NE 68135

**What is the nature of the claim?**    **TBA**    **$34,077.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $34,077.00
     Value of security:    - $0.00
     Unsecured claim       $34,077.00

Contact _____

Contact phone _____

---

**6** **Citizens State Bank**
754 Gold Coast Drive
Papillion, NE 68046

**What is the nature of the claim?**    **TBD**    **$123,612.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

---

Docusign Envelope ID: 5A95A8DD-C6F9-45BE-AEB1-81E09BF89C2E

Debtor 1   **John August Ellis** _____  Case number *(if known)* _____

_____

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)
    Value of security:      - _____
    Unsecured claim     _____

---

**7**

**Citrus Group**
**5014 16th Ave. #124**
**Brooklyn, NY 11204**

**What is the nature of the claim?**    **MCA**    **$400,000.00**

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
■   Disputed
☐   None of the above apply

_____

**Does the creditor have a lien on your property?**

■   No

Contact _____

☐   Yes. Total claim (secured and unsecured)
    Value of security:      - _____

Contact phone _____
    Unsecured claim     _____

---

**8**

**EBF Holdings**
**dba Everest Business Funding**
**5 W. 37th St., #1100**
**New York, NY 10018**

**What is the nature of the claim?**    **MCA**    **$58,200.00**

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
■   Disputed
☐   None of the above apply

_____

**Does the creditor have a lien on your property?**

■   No

Contact _____

☐   Yes. Total claim (secured and unsecured)
    Value of security:      - _____

Contact phone _____
    Unsecured claim     _____

---

**9**

**Iruka Capital Group, LLC**
**162 Elmora Ave #211**
**Elizabeth, NJ 07202**

**What is the nature of the claim?**    **$110,000.00**

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
■   Disputed
☐   None of the above apply

_____

**Does the creditor have a lien on your property?**

■   No

Contact _____

☐   Yes. Total claim (secured and unsecured)
    Value of security:      - _____

Contact phone _____
    Unsecured claim     _____

---

**10**

**Legend Advances**

**What is the nature of the claim?**    **MCA**    **$120,000.00**

---

Docusign Envelope ID: 5A95A8DD-C6F9-45BE-AEB1-81E03B7B9C32

Debtor 1    **John August Ellis**                                Case number *(if known)*  _____

**158 Heyward Street**
**Brooklyn, NY 11206**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:                              - _____
       Unsecured claim                                   _____

Contact  _____
Contact phone  _____

---

**11**  **Lincoln Winnelson Supply Co.**    What is the nature of the claim?    __Judgment__    $4,964.16
**c/o John F. Zimmer**
**233 S. 13th St., Ste. 1900**    As of the date you file, the claim is: Check all that apply
**Lincoln, NE 68508**    ☐ Contingent
                         ☐ Unliquidated
                         ■ Disputed
                         ☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:                              - _____
       Unsecured claim                                   _____

Contact  _____
Contact phone  _____

---

**12**  **LSP Corp.**    What is the nature of the claim?    __MCA__    $75,000.00
**2727 Chemsearch Blvd**
**Irving, TX 75062**    As of the date you file, the claim is: Check all that apply
                        ☐ Contingent
                        ☐ Unliquidated
                        ■ Disputed
                        ☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:                              - _____
       Unsecured claim                                   _____

Contact  _____
Contact phone  _____

---

**13**  **NMC Cat**    What is the nature of the claim?    __Unpaid due to Swain__    $81,448.00
**11002 Sapp Bros Drive**
**Omaha, NE 68138**    As of the date you file, the claim is: Check all that apply
                       ☐ Contingent
                       ☐ Unliquidated
                       ■ Disputed
                       ☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:                              - _____

Docusign Envelope ID: 5A95A8DD-C6F9-45BE-AEB1-81E09BFEB02E

Debtor 1 __John August Ellis_____ Case number *(if known)* _____

Contact phone                              Unsecured claim                    _____

---

**14**  **Oak Capital**
1312 17th Street
Suite 258
Denver, CO 80202

**What is the nature of the claim?**  __MCA_____  $54,250.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:          -  _____
     Unsecured claim                _____

Contact _____

Contact phone _____

---

**15**  **Primary Pipe**
14709 Grover St.
Omaha, NE 68144

**What is the nature of the claim?**  __Supplies or Vendor__  $51,616.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:          -  _____
     Unsecured claim                _____

Contact _____

Contact phone _____

---

**16**  **Rapid Finance**
4500 East West Highway, 6th Floor
Bethesda, MD 20814

**What is the nature of the claim?**  __MCA_____  $59,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:          -  _____
     Unsecured claim                _____

Contact _____

Contact phone _____

---

**17**  **United Rentals**
PO Box 840514
Dallas, TX 75284

**What is the nature of the claim?**  __Rental_____  $17,325.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

---

Docusign Envelope ID: 5A95A8DD-C6F9-45BE-AEB1-81E6F9FC5D22

Debtor 1    **John August Ellis**                                    Case number *(if known)*    _____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                   _____

_____
Contact
_____
Contact phone

---

**18**  **West Omaha Winsupply Co.**
       c/o Kathleen Foster, Esq.
       14747 California, Ste. 101
       Omaha, NE 68154

**What is the nature of the claim?**    **Judgment**    **$36,636.72**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                   _____

_____
Contact
_____
Contact phone

---

**19**  **Winn Supply**
       9737 I Street
       Omaha, NE 68127

**What is the nature of the claim?**    **Outstanding Balance -**    **$61,783.00**
                                        **Charge Account**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                   _____

_____
Contact
_____
Contact phone

---

**20**  **Zahav Asset Management, LLC**
       182 Grassy Plain St., 2nd Floor
       Bethel, CT 06801

**What is the nature of the claim?**    **MCA**    **$89,000.00**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                   _____

_____
Contact
_____
Contact phone

---

**Part 2:    Sign Below**

Docusign Envelope ID: 5A95A8DD-C6F9-45BE-AEB1-81E09FA0C24

Debtor 1    __John August Ellis__                  Case number *(if known)* _____

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  John Ellis

X _____

__John August Ellis__                               Signature of Debtor 2
Signature of Debtor 1

Date   6/5/2025 | 11:46 AM EDT                Date _____

Docusign Envelope ID: 0EEA628F-A159-4995-B8C9-D97764310ADE

## United States Bankruptcy Court
### District of Nebraska

In re   John August Ellis _____   Case No. _____

_____
Debtor(s)

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   6/4/2025  |  5:58 PM EDT
_____

DocuSigned by:

**John Ellis**
297894CB64624E7...

John August Ellis
Signature of Debtor

Ace Hardware
215 Enterprise Drive
Gretna, NE 68028


American Express
PO Box 297871
Fort Lauderdale, FL 33329


ASP
6620 NW Toni Drive
Des Moines, IA 50313


Azzure Capitol, LLC
18020 Avenue M
Suite #695
Brooklyn, NY 11230


Barclays Advance, LLC
c/o David Fogel P.C.
1225 Franklin Ave., Ste. 201
Garden City, NY 11530


Bob Anderson
217 Barrington, Dr.
Gretna, NE 68025


Capital One
PO Box 31293
Salt Lake City, UT 84131


Central Portfolio
10249 Yellow Cir
Hopkins, MN 55343


Centris Bank
13120 Pierce Street
Omaha, NE 68144


Centris Federal
343 N. 114th Street
Omaha, NE 68154


Centris Federal
19431 Polk Street
Omaha, NE 68135

Citizens State Bank
754 Gold Coast Drive
Papillion, NE 68046

Citrus Group
5014 16th Ave. #124
Brooklyn, NY 11204

Clear Recovery, Inc.
1024 K Street
Lincoln, NE 68508

CNH Capital
PO Box 71264
Philadelphia, PA 19176

Cramer   Anderson
51 Main Street
New Milford, CT 06776

EBF Holdings
dba Everest Business Funding
5 W. 37th St., #1100
New York, NY 10018

Farmers CoOp
PO Box 499
Gretna, NE 68028

Financial Pacific
PO Box 848779
Los Angeles, CA 90084

Ford Motor Credit
PO Box 650575
Dallas, TX 75265

G and G Funding Group LLC
57 West 57th Street
4th Floor
New York, NY 10019

GS Bank USA
PO Box 7247
Philadelphia, PA 19170

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Iruka Capital Group, LLC
162 Elmora Ave #211
Elizabeth, NJ 07202

John Deere
PO Box 4450
Carol Stream, IL 60197

Juli Ellis
1006 Burns Pl
Gretna, NE 68028

Legend Advances
158 Heyward Street
Brooklyn, NY 11206

Lincoln Winnelson Supply Co.
c/o John F. Zimmer
233 S. 13th St., Ste. 1900
Lincoln, NE 68508

Loot Finanical Services Corp.
100 Summer Street
Boston, MA 02100

LSP Corp.
2727 Chemsearch Blvd
Irving, TX 75062

LSP Corporate Services, Inc.
1 Metrotech Center
Suite 2001
Brooklyn, NY 11201

Nebraska Furniture Mart
700 S. 72nd Street
Omaha, NE 68103-2335

NMC Cat
11002 Sapp Bros Drive
Omaha, NE 68138


Northeast Bank
PO Box 1707
Lewiston, ME 04241


Oak Capital
1312 17th Street
Suite 258
Denver, CO 80202


Parkview Advance LLC
600 Summer Street, Ste. 204
Stamford, CT 06901


Primary Pipe
14709 Grover St.
Omaha, NE 68144


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


State of Nebraska
Department of Revenue
PO Box 94818
Lincoln, NE 68509-4818


U.S. Trustee
111 S. 118th Plaza
Omaha, NE 68102


United Rentals
PO Box 840514
Dallas, TX 75284


US Small Business Association
14925 Kingsport Road
Fort Worth, TX 76155


USG
2623 Center Street
Omaha, NE 68105

West Omaha Winsupply Co.
c/o Kathleen Foster, Esq.
14747 California, Ste. 101
Omaha, NE 68154

Winn Supply
9737 I Street
Omaha, NE 68127

Zahav Asset Management, LLC
182 Grassy Plain St., 2nd Floor
Bethel, CT 06801

Certificate Number: 03088-NE-CC-039216937



03088-NE-CC-039216937

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 7, 2025</u>, at <u>8:58</u> o'clock <u>AM CST</u>, <u>John A Ellis</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Nebraska</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 7, 2025</u>          By:     <u>/s/Ana Avalos</u>

                              Name:  <u>Ana Avalos</u>

                              Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).